

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00280-CV

**HARBOR AMERICA CENTRAL, INC**.,
Appellant

v.

Vielka **ARMAND**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01895
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Liza A. Rodriguez, Justice

Appellee has filed a motion requesting leave to file a sur-reply.   The motion is GRANTED.

It is so **ORDERED** September 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT